IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60016
No. 95-60327
(Summary Calendar)

_____

RODRIGO MARTIN REYES,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
(BIA No. A29-322-056)
- - - - - - - - - -
March 1, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Rodrigo Martin Reyes seeks review of the decisions of the Board of Immigration Appeals denying his motions for asylum and for reopening of his asylum hearing. Reyes contends that he has shown a well-founded fear of persecution should he return to Nicaragua and contends that the Board should have reopened his asylum hearing based on evidence he submitted in conjunction with his motion to reopen. We have reviewed the record and the briefs of the parties and we find the decision denying Reyes's motion for asylum is supported by substantial evidence. *Faddoul v. INS*, 37 F.3d 185, 188 (5th Cir. 1994). There was no abuse of discretion in denying Reyes's motion to reopen his asylum proceedings. *See INS v. Doherty*, 502 U.S. 314, 323 (1992).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

PETITION DENIED.